IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JEREMY BAYNE LYNCH, | ) | |
| Petitioner, | ) ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 15-0664-CG |
| UNITED STATES OF AMERICA, | ) ) | CRIMINAL NO. 13-0154-CG |
| Respondent | ) | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that petitioner's rights were not violated in this cause and that his request to vacate, set aside or correct his sentence (Doc. 290; see also Doc. 293) is due to be, and hereby is, **DENIED**. Lynch is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 9th day of September, 2016.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE